# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS YATES, et al., | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-00837-GMN-NJK |
| vs. | ) ORDER GRANTING REQUEST FOR SECURITY BOND |
| NARCONON FRESH START, et al., | ) |
| Defendant(s). | ) (Docket No. 12) |

Pending before the Court is a request by Defendant Narconon Fresh Start that Plaintiffs post bonds pursuant to Nev. Rev. Stat. 18.130(1). Docket No. 12. Plaintiffs have now filed a notice of non-opposition. Docket No. 16. Accordingly, the motion is hereby **GRANTED** and Plaintiffs are hereby **ORDERED** to post the bonds no later than August 7, 2014.

IT IS SO ORDERED.

DATED: July 31, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge