# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS YATES, et al.,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>NARCONON FRESH START, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:14-cv-0837-GMN-NJK<br><br>ORDER DENYING MOTION TO STAY<br><br>(Docket No. 30) |

　　　　Pending before the Court is Plaintiffs' motion to stay. Docket No. 30. Defendant filed a response in opposition and Plaintiffs filed a reply. Docket Nos. 36, 37. The Court finds this motion properly decided without oral argument. *See* Local Rule 78-2. Plaintiffs' reply indicates that they agree that discovery in this case should not be stayed. *See* Docket No. 37 at 1. At this stage in the case, it does not appear that there are any other proceedings to be stayed. *See, e.g.*, Docket No. 36 at 7. Accordingly, the motion to stay is hereby **DENIED** as premature.

　　　　IT IS SO ORDERED.

　　　　DATED: November 17, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge