SAO
JOSH COLE AICKLEN
Nevada Bar No. 007254
   E-Mail: Josh.Aicklen@lewisbrisbois.com
DAVID B. AVAKIAN
Nevada Bar No. 009502
   E-Mail: David.Avakian@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARIS YATES, a Washington Citizen; BERET PUGH, a Washington Citizen; and DEAN PUGH, a Washington Citizen,<br><br>       Plaintiffs,<br><br>vs.<br><br>NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL; and DOES 1-100, ROE Corporations I-X, inclusive,<br><br>       Defendants. | CASE NO. 2:14-cv-00837-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFFS' COMPLAINT IN ITS ENTIRETY WITH PREJUDICE** |

      **IT IS HEREBY STIPULATED AND AGREED** that Plaintiffs' CHARIS YATES, BERET PUGH and DEAN PUGH's Complaint, all amendments thereto, and all related claims in the above-entitled action against Defendants, NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL and NARCONON INTERNATIONAL are hereby

4820-1012-5605.1

1 | dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

2 | DATED this 22 day of July, 2015.        DATED this 12 day of August, 2015

3 | HAMILTON LAW                             LEWIS BRISBOIS BISGAARD & SMITH LLP

5 | By /s/ Ryan A. Hamilton                  By /s/ Josh Cole Aicklen
6 | Ryan A. Hamilton                         JOSH COLE AICKLEN
    Nevada Bar No. 011587                    Nevada Bar No. 007254
7 | 5125 S. Durango, Suite C                 DAVID B. AVAKIAN
    Las Vegas, NV 89113                      Nevada Bar No. 009502
8 | Attorneys for Plaintiffs                 6385 S. Rainbow Boulevard, Suite 600
                                             Las Vegas, Nevada 89118
9 |                                          Attorneys for Defendant
                                             NARCONON FRESH START d/b/a
10|                                          RAINBOW CANYON RETREAT



## ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint and any and all related claims in the above-entitled action against Defendants NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL and NARCONON INTERNATIONAL are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated the 12th day of August, 2015

By _____
JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendant
NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT