1  SAO
   JOSH COLE AICKLEN
2  Nevada Bar No. 007254
       E-Mail: Josh.Aicklen@lewisbrisbois.com
3  DAVID B. AVAKIAN
   Nevada Bar No. 009502
4      E-Mail: David.Avakian@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
5  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
6  702.893.3383
   FAX: 702.893.3789
7  Attorneys for Defendant NARCONON
   FRESH START d/b/a RAINBOW CANYON
8  RETREAT

9

10

11               UNITED STATES DISTRICT COURT

12                    DISTRICT OF NEVADA

13

| | |
|---|---|
| 14  CHARIS YATES, a Washington Citizen; BERET PUGH, a Washington Citizen; and DEAN PUGH, a Washington Citizen, | CASE NO. 2:14-cv-00837-GMN-NJK |
| 15 | **STIPULATION AND ORDER TO DISMISS PLAINTIFFS' COMPLAINT IN ITS ENTIRETY WITH PREJUDICE** |
| 16         Plaintiffs, | |
| 17    vs. | |
| 18  NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL; and DOES 1-100, ROE Corporations I-X, inclusive, | |
| 22         Defendants. | |

23

24      **IT IS HEREBY STIPULATED AND AGREED** that Plaintiffs' CHARIS YATES,

25  BERET PUGH and DEAN PUGH's Complaint, all amendments thereto, and all related

26  claims in the above-entitled action against Defendants, NARCONON FRESH START

27  d/b/a RAINBOW CANYON RETREAT, ASSOCIATION FOR BETTER LIVING AND

28  EDUCATION INTERNATIONAL and NARCONON INTERNATIONAL are hereby

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4820-1012-5605.1

Case 2:14-cv-00837-GMN-NJK   Document 55   Filed 08/14/15   Page 2 of 3

1 | dismissed with prejudice, with each party to bear their own attorneys' fees and costs.
2 | DATED this 22 day of July, 2015.                    DATED this 12 day of August, 2015
3 | HAMILTON LAW                                         LEWIS BRISBOIS BISGAARD & SMITH LLP
4 |
5 | By /s/ Ryan A. Hamilton                              By /s/ Josh Cole Aicklen
6 | Ryan A. Hamilton                                     JOSH COLE AICKLEN
  | Nevada Bar No. 011587                                Nevada Bar No. 007254
7 | 5125 S. Durango, Suite C                             DAVID B. AVAKIAN
  | Las Vegas, NV 89113                                  Nevada Bar No. 009502
8 | Attorneys for Plaintiffs                             6385 S. Rainbow Boulevard, Suite 600
  |                                                      Las Vegas, Nevada 89118
9 |                                                      Attorneys for Defendant
  |                                                      NARCONON FRESH START d/b/a
10 |                                                     RAINBOW CANYON RETREAT



4820-1012-5605.1                                        2

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Complaint and any and all related claims in the above-entitled action against Defendants NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL and NARCONON INTERNATIONAL are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED: August 14, 2015

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated the 12th day of August, 2015

By _____
JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendant
NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT