Ryan Hamilton, Esq.
Nevada Bar No. 11587
Hamilton Law
5125 S. Durango, Ste. C,
Las Vegas, Nevada 89113
Phone: (702) 818-1818
Fax: (702) 974-1139
Ryan@Hamiltonlawlasvegas.com

*Attorney for the Plaintiffs,*
*Charis Yates, Beret Pugh, and Dean Pugh*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARIS YATES, a Washington Citizen; BERET PUGH, a Washington Citizen; and DEAN PUGH, a Washington Citizen, <br><br> Plaintiffs, <br><br> vs. <br><br> NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL and DOES 1-100, ROE Corporations I – X, inclusive, <br><br> Defendants. | Case No.  2:14-cv-00837-GMN-NJK <br><br> **MOTION FOR RELEASE OF SECURITY BOND** |

Pursuant to NRS 18.130(1) and the Court's order (Dkt. #17), Plaintiffs posted a security bond in the amount of one-thousand five hundred dollars ($1,500.00). As this case has now been resolved, Plaintiffs hereby request the release and return of all monies provided for the posting of the security bond.

\ \ \

\ \ \

1

Dated this 10th day of November, 2015

Respectfully Submitted:

_____
Ryan A. Hamilton
HAMILTON LAW
5125 S. Durango, Suite C
Las Vegas, Nevada 89113
Phone: (702) 818-1818
Fax: (702) 974-1139

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of HAMILTON LAW, LLC, and that on this 10th day of November, 2015 I did cause a true copy of **MOTION FOR RELEASE OF SECURITY BOND** to be placed in the United States Mail, with first class postage prepaid thereon, and addressed as follows:

Josh Aicklen
David B. Avakian
LEWIS BRISBOIS BISGAARD & SMITH, LLP
6385 S. Rainbow Boulevard, Ste. 600
Las Vegas, Nevada 89118

By: _____
Employee of Hamilton Law

2