1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARIS YATES, et al., | ) |
| Plaintiff(s), | )    Case No. 2:14-cv-00837-GMN-NJK |
| | ) |
| vs. | )    ORDER |
| | ) |
| NARCONON FRESH START, et al., | )    (Docket No. 56) |
| | ) |
| Defendant(s). | ) |

Pending before the Court is a motion to release security bonds. Docket No. 56. The Court hereby orders any response to be filed no later than November 18, 2015, and any reply to be filed no later than November 20, 2015.

IT IS SO ORDERED.

DATED:   November 12, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge